IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF NORTH CAROLINA

_Eastern_ DIVISION

FILED

SEP 15 2023

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY _MCB_ DEP CLK

Jeremy Graham )
_____ )
_____ )
(Enter above the full name
of the Plaintiff[s] in this
action).

vs.

Wayne County Sheriff's Dept. )
A.D. Vickery (Individual Capacity) )
SRO Deputy Real (Individual Capacity) )
Captain Branick A. Perkins (Individual Capacity)

(Enter above the full name of
ALL Defendant[s] in this action.
Fed.R.Civ.P.10(a) requires that
the caption of the <u>complaint</u>
include the names of **all** the
parties. Merely listing one
party and "et al." is insufficient.
Please attach additional sheets if
necessary).

Case No. 4:23-CV-00146-FL
(To be assigned
by the Clerk of
District Court)

Deputy Alcock (Individual Capacity)

## COMPLAINT

Plaintiff resides at: 902 Nelson Street.

_____

_____

_____

_____

Defendant(s) name(s) and address(es), if known: Wayne County Sheriff's Department. 207 E Chestnut St. Goldsboro, N.C. 27530

1

Jurisdiction in this court is based on: Violation of the Constitutional rights related to the 5th amendment. Violation of the 14th amendment rights.

The acts complainted of in this suit concern: The Wayne County Sheriff's department refused to allow Mr. Graham entry into the Court Room for a speeding ticket. The officer stated the Mr. Graham must sign a waiver of his right to an attorny in order to enter the court room. Mr. Graham requested a copy of the form, which caused the officer to become upset.(5th) ~~The officer~~ Mr. Graham frequently requested a copy, which caused another officer to become upset. The first officer became extremely upset and called Mr. Graham a "boy"! This officer also Threatened to Beat or F-ck Mr. Graham up.(13th) Mr. Graham attempted to Charges against this officer and was not allowed to do so.(5th) Several people wouldn't guide Mr. Graham to the proper people to file charges against this officer for Threeatening.

(If you need more space, or wish to include any further
information for consideration, please attach additional sheets.)

I seek the following relief:

I am seeking relief in the amount of $3,000,000 for the violations. IP ~~Relief Cannot~~ be awarded in a jury trial or some type of mediation. The compensatory damages are under $5,369,020 in total.

9/7/2023
Date

[signature]
Signature of Plaintiff

_____

_____

_____

Address and Telephone Number of Plaintiff

4