UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

JEREMY GRAHAM                            )
                    Plaintiff,           )
v.                                       )        **JUDGMENT**
                                         )        4:23-CV-146-FL
WAYNE COUNTY SHERIFF, and                )
A. D. WILCOX, in his individual capacity )
                    Defendants.          )

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the memorandum and recommendations of the United States Magistrate Judge.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered May 9, 2024, and for the reasons set forth more specifically therein, that this action is DISMISSED for lack of subject matter jurisdiction and for failure to state a claim upon which relief can be granted.

**This Judgment Filed and Entered on May 9, 2024, and Copies To:**
Jeremy Graham (via US mail) 902 Nelson Street, Kinston, NC 28501


May 9, 2024                              PETER A. MOORE, JR., CLERK


                                           /s/Sandra K. Collins
                              (By)      Sandra K. Collins, Deputy Clerk